THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANESE MITCHAM,<br><br>                Plaintiff,<br><br>   v.<br><br>EXTENDICARE HOMES, INC. and DOES 1-10, individually and severally,<br><br>               Defendants. | No. C04 5581 FDB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

IT IS STIPULATED by and between the parties hereto that the above-entitled matter may be dismissed with prejudice and without attorneys' fees and costs to any party. The parties therefore stipulate to the entry of the subjoined Order without further notice to any party.

DATED this _____ day of December 2005.

THE BETKER LAW FIRM, P.C.          LANE POWELL PC


By _____          By _____
   Mary A. Betker, WSBA No. 30429          Barbara J. Duffy, WSBA No. 18885
Attorneys for Plaintiff          Sarah E. Haushild, WSBA No. 29626
                                                            Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - 1

Case No. C04 5581FDB
114773.0031/1255376.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

# ORDER

The parties having stipulated for dismissal of the above-entitled matter with prejudice and without costs to any party, and having stipulated to the entry of this Order without further notice to any party, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that the above-entitled matter be and the same is hereby dismissed with prejudice and without attorneys' fees or costs to any party.

DATED this 12th day of January 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By _____
Barbara J. Duffy, WSBA No. 18885
Sarah E. Haushild, WSBA No. 29626
Attorneys for Defendant

THE BETKER LAW FIRM, P.C.

By _____
Mary A. Betker, WSBA No. 30429
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2

Case No. C04 5581FDB
114773.0031/1255376.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000